TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

*********************************

United States of America

-v.-

Matthew Martin

*********************************

25-MJ-255
Docket Number

SUBMITTED BY: Plaintiff ___  Defendant ___  DOJ ✓
Name: Michael Castiglione
Firm Name: USAO-EDNY
Address: 271 Cadman Plaza East
         Brooklyn, NY 11201
Phone Number: 718-254-7533
E-Mail Address: michael.castiglione@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___  NO ✓
If yes, state description of document to be entered on docket sheet:

**A.) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: ___
Judge/Magistrate Judge: ___
Date Entered: ___

**B.) If a new application**, the statute, regulation, or other legal basis that authorizes filing under seal

Target at large; risk of flight

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Brooklyn                          , NEW YORK   August 25, 2025
                                                           DATE

U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE ___

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

8/25/2025                                  *Michael Castiglione*
  DATE                                          SIGNATURE

NEM:MJC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MATTHEW MARTIN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

**COMPLAINT AND AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR ARREST WARRANT**

(18 U.S.C. § 2252(a)(4)(B))

No. 25-MJ-255

EASTERN DISTRICT OF NEW YORK, SS:

      KRISTEN MAHARAJ, being duly sworn, deposes and states that she is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

      On or about May 27, 2025, within the Eastern District of New York and elsewhere, the defendant MATTHEW MARTIN did knowingly and intentionally possess with intent to view matter containing one or more visual depictions, to wit: images and videos in digital files contained within electronic devices seized pursuant to a search warrant from the defendant, and which visual depictions had been mailed, and shipped and transported in, and using a means and facility of, interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, by any means, including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

      (Title 18, United States Code, Section 2252(a)(4)(B))

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been since May 2024. I am currently assigned to the Human Exploitation and Trafficking Team at John F. Kennedy International Airport ("JFK") in Queens, New York. During my tenure with HSI, I have participated in the investigation of cases involving crimes against children. Specifically, I have experience investigating cases involving the sexual exploitation of minors and the production, receipt, distribution, and possession of child pornography, also referred to as child sexual abuse material ("CSAM").[2] I have conducted physical surveillance, executed search warrants, reviewed and analyzed electronic devices, and interviewed suspects and witnesses. As a result of my training and experience, I am familiar with the techniques and methods of operation used by individuals involved in child exploitation crimes to conceal their actions from detection by law enforcement.

2. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, and from reports of other law enforcement officers involved in the investigation.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

[2] The term "child pornography" is defined as set forth in 18 U.S.C. § 2256(8), which, in pertinent part, states that "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where . . . the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct. . . ." 18 U.S.C. § 2256(8); see also Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002) (analyzing constitutional validity of the definitions set forth in 18 U.S.C. § 2256(8)).

3. As described below, the defendant MATTHEW MARTIN has engaged in the receipt of CSAM. Specifically, MARTIN's residence in Brooklyn, New York (the "SUBJECT PREMISES"), was searched pursuant to a judicially-authorized warrant issued on May 20, 2025, by the Honorable Peggy Kuo (the "Warrant"). Electronic devices within MARTIN's possession were seized pursuant to the Warrant on May 27, 2025, and a subsequent search revealed the presence of CSAM.

Discovery of CSAM on MARTIN's Devices at the SUBJECT PREMISES

4. On May 27, 2025, I, along with other members of the HSI, executed the Warrant and recovered evidence from the SUBJECT PREMISES. MARTIN was present at the time the Warrant was executed.

5. Among other items, three electronic devices belonging to MARTIN were recovered from the SUBJECT PREMISES – (1) one MacBook Air, (2) one Apple iPhone, and (3) one Apple iPad. A forensic review of these three devices revealed the presence of CSAM on all three devices. While the review of the data on the devices is still ongoing, to date, I have identified hundreds of images and videos of CSAM, including CSAM involving infants. Specifically, there were, among other items, CSAM depicting the following:

(1) a video of a naked adult male lighting a "bong," inhaling the smoke and blowing it into an infant's face, while the adult's genitals were exposed. The male takes off the infant's diaper and gropes the infant's genitals. The infant then begins to cry. The male subsequently put his mouth on the infant's genitals as the infant continued to cry;

(2) an image of an adult male's left hand holding his penis in the mouth of an infant with the male's right hand holding the infant's head;

(3) an image of a naked male holding his penis surrounded by 8 naked toddlers whose genitals are exposed and also depicting a sign stating "Pedophilia SKOLA".

3

The review of the Apple iPhone recovered from the SUBJECT PREMISES also revealed a chat where MARTIN communicated with an individual who indicated that they were 15-years-old that was sexual in nature. In the chat, MARTIN, among other things, and in sum and substance, stated that he has had sex with 16-year-olds in his neighborhood. MARTIN also stated that he is interested in children from the age of "0".

WHEREFORE, your deponent respectfully requests that an arrest warrant issue so that the defendant MATTHEW MARTIN can be dealt with according to law.

/s/ Kristen Maharaj
KRISTEN MAHARAJ
Special Agent, United States Department of
Homeland Security, Homeland Security
Investigations

Sworn to before me this
25th day of August, 2025  by telephone

_____
THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

4

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| v. | ) Case No. 25-MJ-255 |
| Matthew Martin | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew Martin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2252(a)(4)(B) (possession of child pornography)

Date: 08/25/2025

_____
Issuing officer's signature

City and state: Brooklyn, NY

The Honorable Peggy Kuo, U.S.M.J
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____
_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____
_____
_____

History of violence, weapons, drug use: _____
_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____
_____

FBI number: _____

Complete description of auto: _____
_____

Investigative agency and address: _____
_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____
_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____
_____